UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

INDEMNITY INSURANCE COMPANY OF  : INDEX: 07cv5872 (PKC)
NORTH AMERICA, a/s/o Harris Corporation
                                :    **APPEARANCE**
                                :
                Plaintiff,
                                :
                                :
        - against -
                                :
                                :
PORT AIR CARGO INTERNATIONAL CORP.;
ATLAS AIRLINES; ATLAS AIR INC.; SKS
LOGISTICS

                Defendants.

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for ATLAS AIRLINES and ATLAS AIR INC.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 3, 2007

                                        S/ Roberta Miranda
                                        _____
                                        Roberta Miranda, Esq. (RM5818)
                                        MENDES & MOUNT, LLP
                                        750 Seventh Ave.
                                        New York, NY 10019-6829
                                        212-261-8000
                                        Attorneys for Defendants
                                        ATLAS AIRLINES and ATLAS AIR INC.