UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a/s/o Harris Corporation<br><br>Plaintiff,<br><br>v.<br><br>PORT AIR CARGO INTERNATIONAL CORP.; ATLAS AIRLINES; ATLAS AIR, INC.; SKS LOGISTICS;<br><br>Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br><br><br><br><br>07 CV 5872 (PKC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**13th Day of July, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**20th Day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RE 296 015 177

J. Michael McMahon
CLERK

Dated: New York, NY

**LAW OFFICES**
# DAVID L. MAZAROLI
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

June 25, 2007

Clerk of the Court
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

                       Indemnity Insurance Co. of North America
                       go International Corp. et al.
                       (PKC)
                       431

l Complaint on the below named
Federal Rules of Civil Procedure, by

Very truly yours,

David L. Mazaroli
dlm@mazarolilaw.com

[Receipt for Registered Mail, PS Form 3806, June 2002 — Registered No. RE296015177US; Reg. Fee $10; Handling Charge $0.00; Postage $1.80; Return Receipt $2; Restricted Delivery $0.00; Date Stamp JUN 2007; FROM: DAVID L MAZAROLI, 11 PARK PLACE, SUITE 1214, NEW YORK, NEW YORK 10007; TO: SKS LOGISTICS, ZUIDSTRAAT 8, B-8400 OOSTENDE, BELGIUM]