DLM REF.: 7G-1431

MAZAROLI
JUL 9 2007
LAW OFFICE

## WAIVER OF SERVICE OF SUMMONS

TO: David L. Mazaroli, Attorney for Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the action of **INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. PORT AIR CARGO INTERNATIONAL CORP., et al.** which is case number 07 CIV. 5872 (PKC) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **June 22, 2007**, or within 90 days after that date if the request was sent outside the United States.

Port Air Cargo International Corp.
152-72 Rockaway Boulevard
Jamaica, New York 11434

6 July 2007
Date

Signed: *Patrick Michael DeCharles II*
Name: PATRICK MICHAEL DECHARLES II
Title: ATTORNEY-IN-FACT
Company: CICHANOWICZ, CALLAN, KEANE VENGROW + TEXTOR, LLP