UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

INDEMNITY INSURANCE COMPANY OF : INDEX: 07cv5872 (PKC)
NORTH AMERICA, a/s/o Harris Corporation :
: **RULE 7.1 STATEMENT**
:
Plaintiff, :
:
:
- against - :
:
:
PORT AIR CARGO INTERNATIONAL CORP.; :
ATLAS AIRLINES; ATLAS AIR INC.; SKS
LOGISTICS

Defendants

ATLAS AIRLINES and ATLAS AIR INC.

Third-Party Plaintiffs

- against –

C.A.L. CARGO AIRLINES

Third-Party Defendant

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 9.1] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for Defendant ATLAS AIR INC. (improperly sued as ATLAS AIRLINES and ATLAS AIR INC.), certifies that Atlas Air, Inc. is a wholly owned subsidiary of Atlas Air Worldwide Holdings, Inc. ("AAWH"), a publicly traded corporation. The only entity that owns more than 10% of AAWW's

outstanding common stock is HMC Atlas Air, LLC.


Dated: New York, New York

    August 17, 2007

                                Roberta Miranda, Esq. (RM5818)
                                MENDES & MOUNT, LLP
                                750 Seventh Ave.
                                New York, NY 10019-6829
                                212-261-8000
                                Attorneys for Defendants
                                ATLAS AIRLINES and ATLAS AIR INC.


David L. Mazaroli
LAW OFFICES OF DAVIS MAZAROLI
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007
212-267-8480


SKS LOGISTICS
Zuidstraat 8, B-8400
Oostende, Belgium


Patrick Michael De Charles II
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042
Attorneys for
PORT AIR CARGO INTERNATIONAL CORP.

C.A.L. Cargo Airlines
1 Hayarden Street, Airport City P.OB. 271
Ben Gurion Airport 70100, Israel