8988/SHV
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

Attorneys for Defendant Port Air Cargo International Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA, a/s/o Harris Corporation

Plaintiff,

- against -

PORT AIR CARGO INTERNATIONAL CORP.;
ATLAS AIRLINES; ATLAS AIR, INC.; SKS
LOGISTICS;

Defendant.

---

ATLAS AIRLINES AND ATLAS AIR INC.

Third-Party Plaintiffs,

-against-

C.A.L. CARGO AIRLINE

Third-Party Defendant.

ECF CASE

07 Civ. 5872

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 9.1.] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, I, Stephen H. Vengrow, as a member of the bar of this Court and a member of the firm

Cichanowicz, Callan, Keane, Vengrow and Textor, LLP, attorneys for plaintiff, certify upon information and belief that defendant Port Air Cargo International Corp. is a foreign corporation that has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
      September 11, 2007

                                    Respectfully submitted,

                                    CICHANOWICZ, CALLAN, KEANE,
                                    VENGROW & TEXTOR, LLP
                                    Attorneys for Defendant Port Air Cargo
                                    International Corp.

                                    By:  /s/ Stephen H. Vengrow
                                            Stephen H. Vengrow
                                    61 Broadway, Suite 3000
                                    New York, New York 10006-2802
                                    (212) 344-7042