UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

INDEMNITY INSURANCE COMPANY OF        INDEX: 07cv5872 (PKC)
NORTH AMERICA, a/s/o HARRIS CORPORATION

           Plaintiff,

          -against-                                    ATTORNEY AFFIRMATION
                                                        OF SERVICE BY MAIL

PORT AIR CARGO INTERNATIONAL CORP.; ATLAS
AIRLINES; ATLAS AIR INC.; SKS LOGISTICS

          Defendant.
------------------------------------------------------------------X
ATLAS AIRLINES and ATLAS AIR INC.

          Third-Party Plaintiff,

          -against-

C.A.L. CARGO AIRLINES

          Third-Party Defendants.
------------------------------------------------------------------X

State of New York   )
                          ) ss.:
County of New York )

       The undersigned, attorney at law of the State of New York affirms: that deponent is a member of the firm of Mendes & Mount, LLP attorneys of record for Plaintiff.

That on September 12, 2007, deponent served the annexed Atlas' Cross-Claims Against Port Air Cargo and Answer To Cross-Claim By Port Air Cargo
on:

| SKS Logistics<br>Zuidstraat 8, B-8400<br>Oostende, Belgium | C.A.L. Cargo Airlines<br>1 Hayarden Street<br>Airport City, POB 271<br>Ben Gurion Airport 70100l, Israel |
|---|---|

the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

       The undersigned affirms the foregoing statement to be true under the penalties of perjury.

Dated: September 12, 2007

                                                                            Roberta Miranda