8988/SHV
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
Attorneys for Defendant Port Air Cargo International Corp.
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA, a/s/o Harris Corporation

                                    Plaintiff,

            - against -

PORT AIR CARGO INTERNATIONAL CORP.;
ATLAS AIRLINES; ATLAS AIR, INC.; SKS
LOGISTICS;

                                    Defendant.

-------------------------------------------------------------

ATLAS AIRLINES AND ATLAS AIR INC.

                        Third-Party Plaintiffs,

                -against-

C.A.L. CARGO AIRLINE

                    Third-Party Defendant.

ECF CASE

07 Civ. 5872 (PKC)

**PORT AIR CARGO
INTERNATIONAL CORP.'S
ANSWER TO ATLAS AIR,
INC'S CROSS-CLAIM**

Port Air Cargo International Corp. (hereinafter referred to as "Port Air") by its

attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP answers the Cross-Claim

of Atlas Air Inc. as follows:

1.      Repeats and realleges each and every affirmative defense, admission, denial and denial of knowledge  or information contained in Port Air's answer to the Complaint with the same force and effect as if herein set forth at length.

2.      Denies each and every allegation contained in paragraph of 2 of the Atlas Air, Inc.'s cross-claim against Port Air.

WHEREFORE, Port Air demands judgment as follows:

i)      For a declaration that if Port Air is held liable to plaintiff that judgment be rendered against Atlas Air and C.A.L. Cargo Airlines for the damages sustained by plaintiff.

ii)     Attorney's fees and cost incurred in the defense of this claim.

iii)    Such other and further relief as this Court deems just and proper.

Dated:  New York, New York
        September 14, 2007

Respectfully submitted,

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant Port Air Cargo
International Corp.

By:  / s / Stephen H. Vengrow
          Stephen H. Vengrow
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

To:   David Mazaroli, Esq.
       11 Park Place – Suite 1214
       New York, New York 10007
       (212) 267-8480
       Attorney for Plaintiff

       Mendes & Mount, LLP
       750 Seventh Ave.
       New York, New York 10019-6829
       (212) 261-8000
       Attorney for Defendant/Third-Party Plaintiff
       Atlas Airlines and Atlas Air Inc.

       SKS Logistics
       Zuidotract 8. B-8400
       Oostende, Belgium

       C.A.L. Cargo Airline
       c/o Air Logistics USA
       23 Blvd. North Service Road
       Cargo Ares B
       JFK International Air Port, Jamaica, New York 11430

## <u>CERTIFICATE OF SERVICE BY ECF AND BY REGULAR U.S. MAIL</u>

The undersigned declares under penalty of perjury that the following is true and

correct:

1.      I am over the age of eighteen years and I am not a party to this action.

2.      On September 14, 2007, I served a complete copy of Defendant Port Air Cargo

International Corp's **Answer to Atlas' Cross-Claims** by ECF to the following attorneys at

their ECF registered address and by regular U.S. mail at the following addresses:

To:     David Mazaroli, Esq.
        11 Park Place – Suite 1214
        New York, New York 10007
        (212) 267-8480
        Attorney for Plaintiff

        Mendes & Mount, LLP
        750 Seventh Ave.
        New York, New York 10019-6829
        (212) 261-8000
        Attorney for Defendant/Third-Party Plaintiff
        Atlas Airlines and Atlas Air Inc.

        SKS Logistics
        Zuidotract 8. B-8400
        Oostende, Belgium

        C.A.L. Cargo Airline
        c/o Air Logistics USA
        23 Blvd. North Service Road
        Cargo Ares B
        JFK International Air Port, Jamaica, New York 11430

                                        / s / Patrick Michael DeCharles, II
                                     Patrick Michael DeCharles, II (PMD/9984)

DATED:          September 14, 2007
                New York, New York