

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a/s/o Harris Corporation<br>         Plaintiff,<br>V. DEFENDANT AND THIRD PARTY PLANTIFF<br>ATLAS AIRLINE and ATLAS AIR INC.<br><br>        V-<br><br>V. THIRD PARTY DEFENDANTS<br>AVIAPARTNE<br><br>V THIRD PARTY DEFNDANTS<br>C.A.L. CARGO AIRLINES and AVIAPARTNER<br>         Defendants, | **CERTIFICATE OF MAILING**<br><br><br><br><br><br><br><br><br><br>07 CV 5872 (PKC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 19th day of September, 2007
I served the

Third Party Summons & Third Party Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 19th day of September, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8617 8253 9257**

*J. Michael McMahon*
                CLERK

Dated: New York, NY

RETAIN THIS COPY FOR YOUR RECORDS.

**FedEx Express International Air Waybill**
For FedEx services worldwide.

**1 From** Please print and press hard

- Date: 8/14/07
- Sender's FedEx Account Number: 0100-8505-5
- Sender's Name: R. Miranda
- Phone: 212-961-8231
- Company: Mendes & Mount
- Address: 750 7th Ave
- Address: 24th Fl
- City: New York
- State/Province: NY
- ZIP/Postal Code: 10019
- Country: USA

**2 To**

- Recipient's Name: (blank)
- Company: Aviapartner Belgium NV
- Address: Brussels National Airport
- Address: B-1930
- City: Zaventem
- Country: Belgium

**3 Shipment Information**

- Total Packages: 2
- Commodity Description: Legal Documents

**4 Express Package Service** — Packages up to 150 lbs./68 kg
- [ ] FedEx Intl. Priority
- [ ] FedEx Intl. First
- [ ] FedEx Intl. Economy

**5 Packaging**
- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx 10kg Box
- [ ] FedEx 25kg Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] HOLD at FedEx Location
- [ ] SATURDAY Delivery

**7a Payment** Bill transportation charges to:
- [x] Sender Acct. No. in Section 1 will be billed

**7b Payment** Bill duties and taxes to:
- [x] Sender Acct. No. in Section 1 will be billed

**9 Required Signature**

FedEx Tracking Number: 8617 8253 9257

521    0402

8617782539257   8617782539257   8617782539257   8617782539257

PACKAGE LABEL    COMMERCIAL INVOICE LABEL    DELIVERY RECORD LABEL    DELIVERY REATTEMPT LABEL