

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDEMNITY INSURANCE COMPANY OF NORTH
AMERICA, a/s/o Harris Corporation;

Plaintiff,

-V-

PORT AIR CARGO INTERNATIONAL CORP.; ATLAS
AIRLINES; ATLAS AIR, INC.; SKS LOGISTICS;
Defendants.

**CERTIFICATE OF MAILING**

07 CV 5872 (PKC)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

## 7th day of September, 2007

I served the

### SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

## 20th day of June, 2007

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 596 311 748 US**

J. Michael McMahon

CLERK

Dated: New York, NY

LAW OFFICES
# DAVID L. MAZAROLI
**11 PARK PLACE**
**NEW YORK, NY 10007**
**E-mail: dlm@mazarolilaw.com**
**Telephone (212)267-8480**
**Telefax (212)732-7352**

September 5, 2007

Clerk of the Court
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     Indemnity Insurance Co. of North America
        v. Port Air Cargo International Corp. et al.
        07 Civ. 5872 (PKC)
        Our File: 7G-1431

Complaint on the below named
ederal Rules of Civil Procedure, by

Very truly yours,

David L. Mazaroli
*dlm@mazarolilaw.com*

**Registered No.**

Reg. Fee

Handling Charge   $0.00    Return Receipt   $2.15

Postage   $1.30    Restricted Delivery   $0.00

Received by

Customer Must Declare Full Value $0.00

□ With Postal Insurance
□ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

Date Stamp

FROM
DAVID L. MAZAROLI
11 PARK PLACE
SUITE 1214
NEW YORK, NEW YORK 10007

TO
SKS LOGISTICS
STEENOVENSTRAAT 70
B4400 OOSTENDE
BELGIUM

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806,**    **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com*