Form 27 - GENERAL PURPOSE

**MENDES & MOUNT, ESQS.**
**ATTN: ANGEL VALDERRAMA JR.**

U.S. SOUTHERN DIST. COURT        NEW YORK   COUNTY

---

INDEMNITY INSURANCE COMPANY OF NORTH    plaintiff
AMERICA A/S/O HARRIS CORPORATION
                    - against -

PORT AIR CARGO INTERNATIONAL CORP.    defendant
ETAL

---

ATLAS AIRLINES, ETANO                     third party plaintiff

                    - against -

C.A.L. CARGO AIRLINES                     third party defendant

---

Index No. **07CV5872 PKC**

Date Filed ............

Office No. **393-873**

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**HOWARD HERTZFELD**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **27th day of September, 2007**    at **09:05 AM.**,      at
   **23 BLDG, NORTH SERVICE RD, CARGO ARE B**
   **JFK INTERNATIONAL AIRPORT, JAMAICA, NY 11430**
I served a true copy of the
   **3RD PARTY SUMMONS & COMPLAINT**
   **ANSWER CROSS CLAIMS**

upon **C.A.L. CARGO AIRLINES**
the **3RD PARTY DEFENDANT** therein named,
by delivering to, and leaving personally with
   **PATRICIA FRANCISQUE, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **FEMALE**         COLOR: **BROWN**        HAIR: **BLACK**
   APP. AGE: **50**        APP. HT: **5:3**        APP. WT: **120**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
2nd day of October, 2007k

JOEL GOLUB
Notary Public, State of New York
   No. 01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

HOWARD HERTZFELD  778037
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MM69674