**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF ) <br> NORTH AMERICA, a/s/o Harris Corporation ) <br>                                          ) <br>              Plaintiff,         ) <br>                                          ) <br>       - against-                   ) <br>                                          ) <br> PORT AIR CARGO INTERNATIONAL CORP.; ) <br> ATLAS AIRLINES; ATLAS AIR INC; SKS ) <br> LOGISTICS                        ) <br>                                          ) <br>              Defendants.        ) | INDEX: 07cv5872 (PKC) |

--------------------------------------------------------------

ATLAS AIRLINES AND ATLAS AIR INC          )
                                          )
              Third-Party Plaintiffs,     )
                                          )
       - against-                          )
                                          )
C.A.L. CARGO AIRLINES and AVIAPARTNER     )
                                          )
              Third-Party Defendants.     )
--------------------------------------------------------------

**NOTICE OF APPEARANCE FOR C.A.L. CARGO AIR LINES LTD.**

PLEASE TAKE NOTICE, that the undersigned hereby appear as attorneys for Third-Party Defendant, C.A.L. CARGO AIR LINES LTD., in this above-captioned action.

Dated: October 26, 2007

                    Respectfully submitted,


                      s/Geraldine Cheverko
                    Geraldine A. Cheverko [ GAC1747]
                    ECKERT SEAMANS CHERIN & MELLOTT, LLC
                    *Attorneys for Defendant*
                    C.A.L. CARGO AIR LINES LTD.
                    Ten Bank Street, Suite 1061
                    White Plains, NY 10606
                    (914) 949-2909

To:

David Louis Mazaroli
LAW OFFICES OF DAVID L. MAZAROLI
*Attorney for Plaintiff*
INDEMNITY INSURANCE COMPANY OF
AMERICA a/s/o HARRIS CORPORATION
11 Park Place
Suite 1214
New York, New York 10007
(212) 267-8480
(212) 732-7352 facsimile
dlm@mazarolilaw.com

Stephen H. Vengrow
CICHANOWICZ, CALLAN, KEANE, VENGROW
& TEXTOR
*Attorneys for Defendant*
PORT AIR CARGO INTERNATIONAL CORP.
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042
(212) 344-7285 facsimile
svengrow@cckvt.com

Roberta Miranda
MENDES & MOUNT, LLP
*Attorneys for Defendants/Third-Party Plaintiffs*
ATLAS AIRLINES and ATLAS AIR, INC.
750 Seventh Avenue
New York, New York 10019-6829
(212) 261-8000
(212) 261-8750 facsimile
Roberta.miranda@mendes.com

SKS LOGISTICS
Zuidotract 8. B-8400
Oostende, BELGIUM

AVIAPARTNER BELGIUM NV
Brussels National Airport
B-1930 Zaventem
BELGIUM