UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a/s/o Harris Corporation ) ) ) | |
| Plaintiff, ) ) | INDEX: 07cv5872 (PKC) |
| - against- ) ) | **C.A.L. CARGO AIRLINES LTD. CORPORATE DISCLOSURE** |
| PORT AIR CARGO INTERNATIONAL CORP.; ) ATLAS AIRLINES; ATLAS AIR INC; SKS ) LOGISTICS ) ) | **STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1(a)** |
| Defendants. ) | |

---

ATLAS AIRLINES AND ATLAS AIR INC )
)
Third-Party Plaintiffs, )
)
- against- )
)
C.A.L. CARGO AIRLINES and AVIAPARTNER )
)
Third-Party Defendants. )

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 9.1] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for Third-Party Defendant C.A.L. CARGO AIR LINES LTD. (improperly sued as C.A.L. CARGO AIRLINES), certifies that C.A.L. Cargo Air Lines Ltd. is a private Israeli limited liability company with the following companies owning 10% or more of its stock: Nir Shitufi National Cooperative Society for the Settlement of Hebrew Workers in Israel (43%); Vegetable Production and Marketing Board (29%); and the Production and Marketing Board of Ornamental Plants (21%).

Dated: White Plains, New York
        October 26, 2007

        **ECKERT SEAMANS CHERIN**
            **& MELLOTT, LLC**

By:  /s/ Geraldine A. Cheverko
Geraldine A. Cheverko [ GAC1747]
*Attorneys for Third-Party Defendant*
C.A.L. CARGO AIR LINES LTD.
Ten Bank Street, Suite 1061
White Plains, NY 10606
(914) 949-2909

To:

David Louis Mazaroli
LAW OFFICES OF DAVID L. MAZAROLI
*Attorney for Plaintiff*
INDEMNITY INSURANCE COMPANY OF
AMERICA a/s/o HARRIS CORPORATION
11 Park Place
Suite 1214
New York, New York 10007
(212) 267-8480
(212) 732-7352 facsimile
dlm@mazarolilaw.com

Stephen H. Vengrow
CICHANOWICZ, CALLAN, KEANE, VENGROW
& TEXTOR
*Attorneys for Defendant*
PORT AIR CARGO INTERNATIONAL CORP.
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042
(212) 344-7285 facsimile
svengrow@cckvt.com

Roberta Miranda
MENDES & MOUNT, LLP
*Attorneys for Defendants/Third-Party Plaintiffs*
ATLAS AIRLINES and ATLAS AIR, INC.
750 Seventh Avenue
New York, New York 10019-6829
(212) 261-8000
(212) 261-8750 facsimile
Roberta.miranda@mendes.com

SKS LOGISTICS
Zuidotract 8. B-8400
Oostende, BELGIUM

AVIAPARTNER BELGIUM NV
Brussels National Airport
B-1930 Zaventem
BELGIUM