UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
INDEMNITY INSURANCE COMPANY OF  )
NORTH AMERICA, a/s/o Harris Corporation )
                                                    Plaintiff,  )        INDEX: 07cv5872 (PKC)

  - against-  )        **C.A.L. CARGO AIR LINES LTD.**
                                                          )        **ANSWER TO PORT AIR**
PORT AIR CARGO INTERNATIONAL CORP.; )        **CARGO INTERNATIONAL**
ATLAS AIRLINES; ATLAS AIR INC; SKS )        **CORP.'S CROSS-CLAIM**
LOGISTICS  )

                                          Defendants.  )
---------------------------------------------------------------
ATLAS AIRLINES AND ATLAS AIR INC  )

                        Third-Party Plaintiffs,  )

  - against-  )

C.A.L. CARGO AIRLINES and AVIAPARTNER  )

                        Third-Party Defendants.  )
---------------------------------------------------------------

      Third-Party Defendant C.A.L. CARGO AIR LINES LTD., s/h/a C.A.L. CARGO AIRLINES, by its attorneys ECKERT SEAMANS CHERIN & MELLOTT, LLC, as for its Answer to defendant PORT AIR CARGO INTERNATIONAL CORP.'S Cross-Claim, upon information and belief, answers as follows:

      1.    This Third-Party defendant denies each and every allegation and affirmative defense contained in paragraphs 1 through 22 of PORT AIR CARGO INTERNATIONAL CORP.'S ANSWER TO THE COMPLAINT WITH CROSS CLAIMS.

      2.    This Third-Party defendant repeats and realleges each and every affirmative defense, admission, denial and denial of knowledge or information contained in C.A.L CARGO

AIR LINES LTD. ANSWER TO THIRD-PARTY COMPLAINT with the same force and effect as if set forth herein at length.

 3. This Third-Party defendant denies each and every allegation contained in paragraph 23 of PORT AIR CARGO INTERNATIONAL CORP.'S ANSWER TO THE COMPLAINT WITH CROSS CLAIMS.

 4. This Third-Party defendant denies each and every allegation contained in paragraph 24 of PORT AIR CARGO INTERNATIONAL CORP.'S ANSWER TO THE COMPLAINT WITH CROSS CLAIMS.

 WHEREFORE, Third-Party defendant C.A.L. CARGO AIR LINES LTD. respectfully requests that: (i) the Court declare that if this Third-Party defendant is held liable to plaintiff and/or Third-Party plaintiff that judgment be rendered against PORT AIR CARGO INTERNATIONAL CORP., SKS LOGISTICS, ATLAS AIR and/or AVIAPARTNER for the damages sustained by Third-Party plaintiff and/or plaintiff; (ii) having fully answered all of the allegations of the Third-Party Complaint and Cross-Claim, this third-party defendant prays that the Third-Party Complaint and Cross-Claim be dismissed with interest, costs, expenses and attorney's fees; and (iii) such other and further relief as this Court deems just and proper.

Dated: White Plains, New York
   October 26 2007

              **ECKERT SEAMANS CHERIN**
                **& MELLOTT, LLC**

              /s/ Geraldine A. Cheverko
              Geraldine A. Cheverko [ GAC1747]
              *Attorneys for Third-Party Defendant*
              C.A.L. CARGO AIR LINES LTD.
              Ten Bank Street, Suite 1061
              White Plains, NY 10606
              (914) 949-2909

To:

David Louis Mazaroli
LAW OFFICES OF DAVID L. MAZAROLI
*Attorney for Plaintiff*
INDEMNITY INSURANCE COMPANY OF
AMERICA a/s/o HARRIS CORPORATION
11 Park Place
Suite 1214
New York, New York 10007
(212) 267-8480
(212) 732-7352 facsimile
dlm@mazarolilaw.com

Stephen H. Vengrow
CICHANOWICZ, CALLAN, KEANE, VENGROW
& TEXTOR
*Attorneys for Defendant*
PORT AIR CARGO INTERNATIONAL CORP.
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042
(212) 344-7285 facsimile
svengrow@cckvt.com

Roberta Miranda
MENDES & MOUNT, LLP
*Attorneys for Defendants/Third-Party Plaintiffs*
ATLAS AIRLINES and ATLAS AIR, INC.
750 Seventh Avenue
New York, New York 10019-6829
(212) 261-8000
(212) 261-8750 facsimile
Roberta.miranda@mendes.com

SKS LOGISTICS
Zuidotract 8. B-8400
Oostende, BELGIUM

AVIAPARTNER BELGIUM NV
Brussels National Airport
B-1930 Zaventem
BELGIUM