## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **ANSWER TO PORT AIR CARGO INTERNATIONAL CORP.'S CROSS-CLAIMS**, was mailed, postage prepaid, this 26th day of October, 2007 to:

David Louis Mazaroli
LAW OFFICES OF DAVID L. MAZAROLI
*Attorney for Plaintiff*
INDEMNITY INSURANCE COMPANY OF
AMERICA a/s/o HARRIS CORPORATION
11 Park Place
Suite 1214
New York, New York 10007
(212) 267-8480
(212) 732-7352 facsimile
dlm@mazarolilaw.com

Stephen H. Vengrow
CICHANOWICZ, CALLAN, KEANE, VENGROW
& TEXTOR
*Attorneys for Defendant*
PORT AIR CARGO INTERNATIONAL CORP.
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042
(212) 344-7285 facsimile
svengrow@cckvt.com

Roberta Miranda
MENDES & MOUNT, LLP
*Attorneys for Defendants/Third-Party Plaintiffs*
ATLAS AIRLINES and ATLAS AIR, INC.
750 Seventh Avenue
New York, New York 10019-6829
(212) 261-8000
(212) 261-8750 facsimile
Roberta.miranda@mendes.com

SKS LOGISTICS
Zuidotract 8. B-8400
Oostende, BELGIUM

AVIAPARTNER BELGIUM NV
Brussels National Airport
B-1930 Zaventem
BELGIUM

                                                                   /s/_____
                                                                   Geraldine A. Cheverko (SK 2097)