(A)5EC,5,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA, a/s/o Harris Corporation,

          Plaintiff

- against -

PORT AIR CARGO INTERNATIONAL CORP.,
ATLAS AIRLINES, ATLAS AIR.; SKS
LOGISTICS,

          Defendants.
----------------------------------------X
ATLAS AIRLINES and ATLAS AIR INC.,

          Third-Party Plaintiffs,

- against -

C.A.L. CARGO AIRLINES,

          Third-Party Defendant.
----------------------------------------X

ECF CASE

07 CIV 5872 (PKC)

STIPULATION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/07

It is hereby stipulated by and between the third-party plaintiffs Atlas Airlines and Atlas Air Inc. and the third-party defendant, C.A.L. Cargo Airline, that the third-party defendant C.A.L. Cargo Airline, has until October 26, 2007 to answer or otherwise respond to third-party plaintiffs' Third-Party Complaint.

{V0002343.1}

This stipulation may be entered as an Order of the Court without further notice.

A facsimile copy of this stipulation, including signatures, may be submitted to the Court as if same were an original.

Dated: White Plains, New York
October 17, 2007

_/s/ Geraldine Cheverko_
Geraldine A. Cheverko, Esq.
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Attorneys for Third-Party Defendant,
C.A.L. Cargo Airlines
Ten Bank Street, Suite 1061
White Plains, New York 10606
(914) 949-2909
(914) 949-5424 fax

_/s/_
Roberta Miranda, Esq. / Alice Chan
MENDES & MOUNT, LLP (Newark)
Attorneys for Third Party Plaintiffs
Atlas Airlines and Atlas Air Inc.
One Newark Center, 19th
Newark, NJ 07102
(212) 261-8239
(212) 261-8750 fax

SO ORDERED:

_/s/ P. K. Smith_
U.S.D.J.

{V0068543.1}