UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a/s/o Harris Corporation )<br>)<br>)<br>Plaintiff,                    )<br>)<br>- against-                    )<br>)<br>PORT AIR CARGO INTERNATIONAL CORP.; )<br>ATLAS AIRLINES; ATLAS AIR INC; SKS )<br>LOGISTICS                    )<br>)<br>Defendants.              ) | INDEX: 07cv5872 (PKC) |

------------------------------------------------------------

ATLAS AIRLINES AND ATLAS AIR INC          )
                                          )
            Third-Party Plaintiffs,       )
                                          )
    - against-                            )
                                          )
C.A.L. CARGO AIRLINES and AVIAPARTNER     )
                                          )
            Third-Party Defendants.       )
------------------------------------------------------------

**NOTICE OF APPEARANCE FOR C.A.L. CARGO AIR LINES LTD.**

PLEASE TAKE NOTICE, that the undersigned hereby appears as attorneys for Third-Party Defendant, C.A.L. CARGO AIR LINES LTD., in this above-captioned action.

Dated: December 7, 2007

                                      Respectfully submitted,

                                      s/Mark E. Thabet
                                      Mark E. Thabet [ MT 0871]
                                      ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                      *Attorneys for Defendant*
                                      C.A.L. CARGO AIR LINES LTD.
                                      Ten Bank Street, Suite 1061
                                      White Plains, NY 10606
                                      (914) 949-2909

{V0004706.1}

To:

David Louis Mazaroli
LAW OFFICES OF DAVID L. MAZAROLI
*Attorney for Plaintiff*
INDEMNITY INSURANCE COMPANY OF
AMERICA a/s/o HARRIS CORPORATION
11 Park Place
Suite 1214
New York, New York 10007
(212) 267-8480
(212) 732-7352 facsimile
dlm@mazarolilaw.com

Stephen H. Vengrow
CICHANOWICZ, CALLAN, KEANE, VENGROW
& TEXTOR
*Attorneys for Defendant*
PORT AIR CARGO INTERNATIONAL CORP.
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042
(212) 344-7285 facsimile
svengrow@cckvt.com

Roberta Miranda
MENDES & MOUNT, LLP
*Attorneys for Defendants/Third-Party Plaintiffs*
ATLAS AIRLINES and ATLAS AIR, INC.
750 Seventh Avenue
New York, New York 10019-6829
(212) 261-8000
(212) 261-8750 facsimile
Roberta.miranda@mendes.com

SKS LOGISTICS
Zuidotract 8. B-8400
Oostende, BELGIUM

AVIAPARTNER BELGIUM NV
Brussels National Airport
B-1930 Zaventem
BELGIUM