David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08
```

---------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
                                        :
INDEMNITY INSURANCE COMPANY OF          :
NORTH AMERICA, a/s/o Harris Corporation :       07 Civ. 5872 (PKC) (HBP)
                                        :
            Plaintiff,                  :       **STIPULATION & ORDER**
                                        :       **OF DISCONTINUANCE**
      - against -                       :
                                        :
PORT AIR CARGO INTERNATIONAL            :
CORP.; ATLAS AIRLINES; ATLAS AIR,       :
INC.; SKS LOGISTICS;                    :
                                        :
            Defendants.                 :
---------------------------------------x
                                        :
ATLAS AIRLINES; ATLAS AIR, INC.;        :
                                        :
            Third-Party Plaintiff,      :
                                        :
      - against -                       :
                                        :
C.A.L. CARGO AIRLINES                   :
                                        :
            Third-Party Defendant.      :
                                        :
---------------------------------------x

A settlement agreement having been reached, it is hereby stipulated and agreed that this action, including all cross-claims and third-party claims, is discontinued as to all parties pursuant to Rule 41 (a) (l)(ii) and (c) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

07 Civ. 5872 (PKC) (HBP)
Stipulation & Order of Discontinuance
Page 2

It is further stipulated and agreed that, if the settlement funds are not paid within forty-five (45) days of the entry of this order, this action will be restored to the active docket of this Court upon letter application of plaintiff's counsel.

Dated: New York, New York
January __, 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICES,
DAVID L. MAZAROLI

By: _____
David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax.: (212)732-7352
E-mail: dlm@mazarolilaw.com
File No.: 7G-1431

Cichanowicz, Callan, Keane, Vengrow
& Textor, LLP
Attorneys for Defendant
PORT AIR CARGO
INTERNATIONAL CORP.

By: _____
P. Michael DeCharles (PMD-9984)
61 Broadway - Suite 3000
New York, New York 10006
Tel.: (212)344-7042

Mendes & Mount, LLP
Attorneys for Defendants and
Third-Party Plaintiffs
ATLAS AIRLINES, ATLAS AIR, INC.

By: _____
Roberta Miranda (RM-5818)
750 Seventh Avenue
New York, New York 10019
Tel.: (212)261-8000

Eckert Seamans Cherin & Mellott, LLC
Attorneys for Third-Party Defendant
C.A.L. CARGO AIR LINES LTD.

By: _____
Geraldine A. Cheverko (GAC-1747)
Ten Bank Street, Suite 1061
White Plains, New York 10606
Tel.: (914)949-2909