**MEMO ENDORSED**

LAW OFFICES
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

February 29, 2008

**TELEFAX: (212)805-7949**
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: Indemnity Insurance Co. of North America
         v. Port Air Cargo International Corp. et al.
         07 Civ. 5872 (PKC) (HBP)

Dear Judge Castel:

  I represent the plaintiff in this settled action in which a forty-five day dismissal order was entered on January 24, 2008. Today I received a check for part of defendant Port Air Cargo International Corp.'s contribution. The balance of the settlement funds, including amounts due from Atlas Air and C.A.L. Cargo Airlines, have not been received. To avoid prejudice to plaintiff, I respectfully request that the deadline for restoring the case to the active docket be extended up to an including March 24, 2008. This should be sufficient time for defense counsel to deliver the balance of the funds. If the Court is not willing to extend the reopening deadline, please consider this as plaintiff's application for restoration of the case to the active docket at this time. The Court's attention is appreciated.

*[Handwritten endorsement: Application granted. SO ORDERED. 2-29-08] [signed]*

                Respectfully,

                David L. Mazaroli

cc: Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
   Attn.: Patrick Michael DeCharles, II, Esq. (Via e-mail: pdecharles@cckvt.com)

   Mendes & Mount, LLP
   Attn.: Roberta Miranda, Esq. (Via e-mail: roberta.Miranda@mendes.com)

   Eckert Seamans Cherin & Mellott, LLC
   Attn.: Geraldine A. Cheverko, Esq. (Via e-mail: gcheverko@eckertseamans.com)