# MEMO ENDORSED

**LAW OFFICES**
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

March 20, 2007

TELEFAX: (212)805-7949

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Indemnity Insurance Co. of North America
      v. Port Air Cargo International Corp. et al.
      07 Civ. 5872 (PKC)
      Our File: 7G-1431

Dear Judge Castel:

I represent the plaintiff in this settled action. All settlement funds have been received except the portion due from the third-party defendant. Defense counsel has informed me that the check for third-party defendant's contribution will be issued shortly. To allow sufficient time for receipt of the funds I respectfully request that the deadline for possible reopening of this action be extended from March 24, 2008 to and including April 8, 2008. The Court's attention is appreciated.

Application granted. SO ORDERED. 3-20-08

Respectfully,
David L. Mazaroli

cc:   Eckert Seamans Cherin & Mellot, LLC
      Attn.: Geraldine A. Cheverko, Esq.
      (Via e-mail: gcheverko@eckertseamans.com)

      Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
      Attn.: Patrick Michael DeCharles, II, Esq.
      (Via E-mail: mdecharles@cckvt.com)

      Mendes & Mount, LLP
      Attn.: Roberta Miranda, Esq.
      (Via E-mail: roberta.miranda@mendes.com)